Arthur Z. Schwartz (AZS 2683)
SCHWARTZ, LICHTEN and BRIGHT
**Attorneys for Respondent Marvin Williams,**
  as President of Local 1665, AFSCME
275 Seventh Avenue, 17th Floor
New York, New York  10001
(212) 228-6320

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------- X
**In the Matter of the Application of**

**LILLIAN ROBERTS, as Executive Director of District Council 37, American Federation of State, County and Municipal Employees, AFL-CIO,**

                        **Petitioner,**            **Index No.**

**For an Order and Judgment Pursuant to Article 75 of**    **NOTICE OF REMOVAL**
**the Civil Practice Law and Rules,**

      **- against -**

**MARVIN WILLIAMS, Individually and as President of Local 1665, District Council 37, American Federation of State, County and Municipal Employees, AFL-CIO; THE NEW YORK HALL OF SCIENCE; and THE AMERICAN ARBITRATION ASSOCIATION,**

                        **Respondents.**
------------------------------------------------------------------------- X

      Defendant Marvin Williams, as President of Local 1665, American Federation of State County and Municipal Employees, (hereinafter "Local 1665"), files this Notice of Removal of the above-captioned action to the United States District Court for the Southern District of New York, from the Supreme Court of the State of New York, County of New York, where the action is now pending, as provided under 28 U.S.C. § 1441, et seq., and states:

1.      The above-entitled action was commenced in the Supreme Court of the State of New York, County of New York on or about June 5, 2007, and is now pending in that Court. Plaintiffs have not yet served the Summons and Complaint, but did fax a copy, to counsel for respondent, on June 6, 2007   A copy of the Verified Petition is annexed hereto as Exhibit A.

2.      Plaintiff, the Executive Director of an intermediate labor organization, District Council 37 of the American Federation of State, County and Municipal Employees ("DC 37"), sues Local 1665, an employer with whom Local 1665 has a collective bargaining agreement, and the American Arbitration Association in an effort to stay the arbitration of several grievances filed by the President of Local 1665.  The "petition" alleges that the pursuit of relief through arbitration by Local 1665 violates the term of a collective bargaining agreement, and violates the constitution of District Council 37, which Local 1665 belongs to. (See Petition ¶¶ 36 - 41.)

3.      The collective bargaining agreement allegedly violated is a contract as that term is defined under the Labor Management Relations Act, and the  DC 37 Constitution is a  "contract between labor organizations."

4.      These allegations on the face the Complaint therefore establish this Court's federal question jurisdiction pursuant to 29 U.S.C. §185 and 29 U.S.C. §1331.

5.      The cause of action is within the original jurisdiction of this Court, and this suit is founded on a claim of right arising under the laws of the United States.

6       Defendants will give written notice of the filing of this Notice as required under 28 U.S.C. § 1446(d).

7	A copy of this Notice will be filed with the Clerk of the Supreme Court of the State of New York, County of New York, as required under 28 U.S.C. § 1446(d).

8.	This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

WHEREFORE, Defendant Local 1665 requests that this action proceed in this Court as an action properly removed to it.

Dated: New York, New York
        June 6, 2007

                                        SCHWARTZ, LICHTEN & BRIGHT, P.C.
                                        Attorneys for Respondent Williams,
                                        as President of Local 1665, AFSCME


                                        By: /s/
                                            Arthur Z. Schwartz (AZS 2683)
                                            275 Seventh Avenue, 17th Floor
                                            New York, NY 10001
                                            (212)228-6320