UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

LILLIAN ROBERTS, etc.,

                        Plaintiff,

        - against -

MARVIN WILLIAMS, etc., *et al.*,

                        Defendants.

------------------------------------------------------------------ X

07 Civ. 4834 (DAB)

MOTION TO
RECONSIDER ORDER
REMANDING ACTION

      Defendant Marvin Williams, individually and as President of Local 1665 of District Council 37, American Federation of State, County and Municipal Employees, AFL-CIO, moves this Court, on August 2, 2007 or as soon thereafter as this matter may be heard, upon the declaration of Arthur Z. Schwartz, dated July 16, 2007, for an order vacating this Court's July 11, 2007 order remanding this matter back to New York State Supreme Court.

Dated: New York, New York
       July 13, 2007

                                                       SCHWARTZ, LICHTEN & BRIGHT, P.C.
                                                       Attorneys for Defendant Williams

                                                       By: _____
                                                           Arthur Z. Schwartz
                                                       275 Seventh Avenue, 17th Floor
                                                       New York, New York 10001
                                                       (212) 228-6320