UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

In the Matter of the Application of

LILLIAN ROBERTS, as Executive Director of District
Council 37, American Federation of State, County and
Muncipal Employees, AFL-CIO,

                      Petitioner,

For an Order and Judgment Pursuant to Article 75 of the
Civil Practice Law and Rules,

        -against-

MARVIN WILLIAMS, Individually and as President of
Local 1665, District Council 37, American Federation of
State, County and Municipal Employees, AFL-CIO; THE
NEW YORK HALL OF SCIENCE; and THE AMERICAN
ARBITRATION ASSOCIATION,

                      Respondents.

------------------------------------------------------------------ X

07 Civ. 4834 (DAB)
NOTICE OF APPEAL

COUNSEL:

      PLEASE TAKE NOTICE that defendant Marvin Williams, individually and in his representative capacity, appeals form the Order remanding this action to New York State Supreme Court on July 11, 2007 and its Memorandum and Order dated August 1, 2007 refusing to reconsider its order of remand.

Dated: August 8, 2007

                                    SCHWARTZ, LICHTEN & BRIGHT, P.C.
                                    Attorneys for Defendant Marvin Williams

                                    By: _____
                                           Arthur Z. Schwartz (AZS 2683)
                                           275 Seventh Avenue, 17th Floor
                                           New York, New York  10001
                                           (212) 228-6320

TO:   EDDIE DEMMINGS                    MICHAEL McALLISTER
       Attorney for Plaintiff                Satterlee Stephens Burke & Burke
       125 Barclay Street                    Attorneys for Defendant New York
       New York, New York  10007             Hall of Science
                                                230 Park Avenue
                                                New York, New York  10169

                                                ERIC TUCHMANN
                                                Attorney for Defendant
                                                  American Arbitration Association
                                                1633 Broadway, 10th Floor
                                                New York, New York  10019

ORIGINAL-WHITE     DUPLICATE-YELLOW     TRIPLICATE-PINK

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
**for the**
**SOUTHERN DISTRICT OF NEW YORK**

E 623259

at _____

RECEIVED FROM    *Schwartz Cure*
*07CV 4834*
*NOA*

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (½) |
| 510100 | Registry Fee |

```
DATE\TIME: 8/8/2007 4:24:37 PM
CASHIER: Marc M10
STATION: 01
================================
APPEAL 4/06            $455.00
       086900  $105.
       510000  $150.
       086400  $200
================================
GRAND TOTAL            $455.00

Check Amount     $455.00
```

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DEPUTY CLERK: *MQ*

| DATE: | | Cash | Check | M.O. | Credit |
|---|---|---|---|---|---|
| | 20 | | | | |